IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–00300–PAB–KMT

LESLIE TAYLOR,
CAROLINE NICHOLE COOKE,
JACOB COOKE, and
COLORADO CROSS-DISABILITY COALITION, a Colorado nonprofit organization,

    Plaintiffs,

v.

COLORADO DEPARTMENT OF HEALTH CARE POLICY AND FINANCING, and
SUE BIRCH, in her official capacity as Executive director of the COLORADO DEPARTMENT
OF HEALTH CARE POLICY AND FINANCE,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on "Unopposed Motion to Withdraw" (#34, filed July 24, 2012). Being otherwise fully advised, it is hereby ORDERED that the Motion (#34) is GRANTED. Attorney Joshua Urquhart is relieved of any further representation of Defendant in the above-captioned matter. The Clerk of Court is instructed to remove Mr. Urquhart from the electronic certificate of mailing.

Dated: July 24, 2012