**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-00300-PAB-KMT

LESLIE TAYLOR,
CAROLINE NICHOLE COOKE,
JACOB COOKE, and
COLORADO CROSS-DISABILITY COALITION, a Colorado nonprofit organization,

      Plaintiffs,

v.

COLORADO DEPARTMENT OF HEALTH CARE POLICY AND FINANCING, and
SUE BIRCH, in her official capacity as Executive Director of the Colorado Department of Health Care Policy and Financing,

      Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 38] of Judge Philip A. Brimmer entered on February 25, 2013 it is

ORDERED that the State's Rule 12(b)(1) and Rule 12(b)(6) Motion to Dismiss Plaintiffs' First Amended Complaint [Docket No. 29] is GRANTED.  It is further

ORDERED that Plaintiffs recover nothing, and that the action is dismissed.  It is

FURTHER ORDERED that the Defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado, this   27th   day of February 2013.

    BY THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/ Edward P. Butler
    Edward P. Butler, Deputy Clerk